668 A.2d 136

**William L. MARSHALL, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Dec. 28, 1995.

## ORDER

PER CURIAM:

The Order of the Commonwealth Court is AFFIRMED.

MONTEMURO, J., participates by designation as a senior judge as provided by Rule of Judicial Administration 701(f).